UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re<br>**CHRISTOPHER D SURBER**<br>**CHRISTINA J SURBER**<br><br>**Debtors** | **CASE NUMBER: 20-48246-TJT**<br>**CHAPTER 7**<br>**Judge Thomas J. Tucker** |

**CHRISTOPHER D SURBER**
       **Plaintiff**

   **vs.**

| | |
|---|---|
| **NAVIENT SOLUTIONS, INC.,**<br>**NATIONAL COLLEGIATE STUDENT LOAN**<br>**TRUST 2006-3, and**<br>**NATIONAL COLLEGIATE STUDENT LOAN**<br>**TRUST 2007-1**<br><br>**Defendants** | **ADV. PRO. CASE NO:** |

**Debtor's Complaint to Determine Private Student Loans Discharged
Or Dischargeable For "Undue Hardship" under 11 U.S.C. § 523(a)(8)**

**Nature of Action**

1. This is an adversary proceeding by which the Debtor seeks a declaration that a portion of Debtor's private student loans were discharged and that the remaining private student loans constitute an undue hardship for the Debtor and should be discharged pursuant to section 523(a)(8) of the Bankruptcy Code.

**Jurisdiction and Venue**

2. On July 30, 2020, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the Eastern District of Michigan for relief under 11 U.S.C. § 727, Chapter 7 of the Bankruptcy code. On December 6, 2020, this Court granted the Debtor a discharge under 727 of the Bankruptcy Code.

3. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157(a).

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5. Venue is proper in this district pursuant to 28 U.S.C § 1409.

## Parties

6. Plaintiff, Christopher D Surber , is the Debtor in the above captioned case. He is the recipient of private student loans and was a resident of Livonia, Michigan.

7. Defendant Navient Solutions, Inc. is a Delaware corporation, headquartered in Wilmington, Delaware and is the holder of some loans at issue.

8. Defendants National Collegiate Student Loan Trust (NCSLT) 2006-3 and 2007-1 are Delaware Statutory Trusts and owner of some private loans at issue.

## Factual Allegations Related to Navient

9. Navient owns one loan with a balance in excess of $30,000.

10. The balance due on the Navient loans at the time Surber filed chapter 7 bankruptcy was in excess of $83,000.

11. The balance was reduced since the filing due to settlement of a class action.

12. Prior to filing of bankruptcy, the minimum payments to Navient were in excess of $900 a month.

13. The loan has a variable interest rate currently at 12%

14. Navient's loans do not have any of the programs available that Federal loans have, such as payments based on income, disability discharge, or death discharge.

15. Surber's income is not likely to increase to the point that Navient's loans will ever be affordable.

16. Navient's loan represents an undue hardship to Surber.

## Factual Allegations Related to NCSLT

17. NCSLT owns two loans with a balance of nearly $30,000.

18. The balance due on NCSLT's loans at the time Surber filed chapter 7 bankruptcy was in excess of $31,000.

19. Prior to filing of bankruptcy, the minimum payments to NCSLT were in excess of $400 a month.

20. The loans have interest rates of 9.79% and 8.71%.

21. NCSLT's loan does not have any of the programs available that Federal loans have, such as payments based on income, disability discharge, or death discharge.

22. Surber's income is not likely to increase to the point that NCSLT's loans will ever be affordable.

23. NCSLT's loans represents an undue hardship to Surber.

**Claim for Relief: Undue Hardship Discharge**

24. The Debtor repeats and realleges the allegations contained in paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. The repayment of private student loans made to Surber would be an undue hardship to him.

26. As a result, his private student loan obligations should be discharged pursuant to Bankruptcy code section 523(a)(8).

WHEREFORE, the Debtor demands judgment declaring that his private student loans are discharged pursuant to Bankruptcy Code section 523(a)(8).

Dated January 25, 2024

>Respectfully Submitted,
>CHRISTOPHER D SURBER
>By his attorney,
>/s/Joshua RI Cohen
>    Joshua RI Cohen
>    Cohen Consumer Law, PLLC
>    PO Box 1040
>    St. Albans, VT 05478
>    Tel: 802-380-8887
>    Fax: 860-233-0339
>    jcohen@thestudentloanlawyer.com