# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Detroit Division

| | |
|---|---|
| In re: | Bankr. Case No.: 20-48246-tjt |
| CHRISTOPHER D. SURBER and, CHRISTINA J. SURBER | Chapter 7 |
| Debtors. _____/ | Honorable Thomas J. Tucker |
| CHRISTOPHER D. SURBER, | Adv. Proc. No.: 24-04027-tjt |
| Plaintiff, v. | |
| NAVIENT SOLUTIONS, INC., NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, | |
| Defendants. _____/ | |

**STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC AND FOR DISMISSAL OF <u>NAVIENT AS A DEFENDANT</u>**

Plaintiff, Christopher D. Surber ("Plaintiff"), and Defendant, Navient Solutions, LLC ("NSL"), on behalf of itself and named defendant Navient Solutions, Inc., by and through their undersigned counsel, hereby stipulate as follows:

1. On July 30, 2020, the Plaintiff filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. A discharge of eligible debts was entered on October 27, 2020.

2. On January 25, 2024, the Plaintiff filed a Complaint naming, *inter alia*, NSL as a Defendant, seeking a discharge of educational loan debt under 11 U.S.C. §523(a)(8).

3.  A response to Plaintiff's Complaint is required by February 26, 2024.

4.  The Plaintiff is indebted to NSL pursuant to the applicable terms of one (1) educational loan Promissory Note ("Promissory Note") executed by Plaintiff to obtain an educational loan ("Student Loan"), and initially disbursed on or about July 28, 2006.

5.  As of the date of the filing of this adversary proceeding, there was a balance due and owing on the Student Loan evidenced by the Promissory Note, including principal and interest, in the amount of approximately $96,533.19 ("Outstanding Balance"), with a variable interest rate, and with interest accruing thereafter pursuant to the Promissory Note. However, the parties would note that pursuant to the settlement of a separate class action lawsuit, the plaintiff being a member of the class, the plaintiff is entitled to partial forgiveness of the Outstanding Balance. Upon information and belief, upon implementation of the settlement of the separate class action lawsuit, the remaining indebtedness on the Student Loan at issue will exceed $30,000.00 ("Adjusted Balance").

6.  Subject to the impending adjustment noted above, the Outstanding Balance is currently due and owing on the Promissory Note and the Student Loan evidenced by the Promissory Note is a non-dischargeable educational loan, pursuant to 11 U.S.C. §523(a)(8).

7.  For so long as Plaintiff does not default under this Stipulation, the Adjusted Balance shall be reduced to $30,000.00 ("Reduced Balance"), and the variable interest rates shall be reduced to a fixed rate of 0% ("Reduced Interest"), and the Plaintiff shall repay the Reduced Balance at the Reduced Interest rate as follows: $250.00 per month for a period of one hundred and twenty (120) consecutive months.  The first monthly payment is due to be received by NSL on or before **April 18, 2024**, with subsequent payments to be received on or before the **eighteenth (18th)** day of each month thereafter.

8.	All payments pursuant to this Stipulation shall note the Plaintiff's ten digit account number, ******6803 (redacted here for privacy reasons) on the payment and shall be mailed to, "Navient Solutions, LLC, P.O. Box 9000, Wilkes Barre, PA 18773-9000," or to any other address provided to the Plaintiff by NSL in writing.

9.	The following shall be Events of Default hereunder: (a) the Plaintiff shall fail to make any payment due hereunder within thirty (30) days of the due date, without securing NSL's agreement to a forbearance of such payment(s); or (b) the Plaintiff commences any further legal proceedings against NSL, its predecessors, successors or assigns, seeking to discharge debt.

10.	Upon the occurrence of an Event of Default under this Stipulation, pursuant to Paragraph 9 of this Stipulation, any forgiveness of the principal and interest contemplated by this Stipulation, and separate and apart from the reduction contemplated by the settlement of the class action lawsuit noted above, is revoked, and the Plaintiff will be liable for the full amount of the Adjusted Balance, as referenced above, plus interest pursuant to the applicable terms of the Promissory Note for the Plaintiff's Student Loan (less any payments made hereunder which, following default shall be applied first to interest that would have accrued had this Stipulation not been in effect, and then to principal).

11.	There is no penalty for prepayment under this Stipulation, but any prepayment, unless it is payment in full, does not relieve Plaintiff of the obligation to make ongoing monthly payments.

12.	In the event the Plaintiff, pursuant to applicable NSL policy and the terms of the Promissory Note, qualifies for, or the parties agree to, any deferment or forbearance of payment obligations, after this Stipulation is approved, interest will continue to accrue during the time of

any such deferment or forbearance, at the interest rate stated herein, so that the total amount to be repaid, and the monthly payments required, may increase from that stated herein.

13. Should any issues arise, related to billing or repayment of loan(s) subject to this agreement, wherein the Plaintiff believes that billing or collection efforts related to loan(s) subject to this agreement are not in accordance with this Stipulation, the Plaintiff agrees that such issues should be directed to a Supervisor or Manager in the Bankruptcy Litigation Unit of Navient Solutions, LLC (as of this writing, Ms. Petra Shipman), who may be reached at 1-800-251-4127, or to any other telephone number provided by NSL in writing, or in response to a specific borrower inquiry. The parties understand that any such communications, if not directed as specified in this Paragraph, may not be addressed in a timely manner, or in a manner specifically in accordance with this Stipulation.

14. Except as provided in this Stipulation, all other terms of the Promissory Note remain in effect and are hereby incorporated by reference.

15. In exchange for the mutual covenants herein Plaintiff, and their successors and assigns, hereby waive and release NSL and any of its other affiliates, parent companies, subsidiaries, representatives, employees and related or interested persons, firms and corporations of and from any and all actions, causes of action, claims or demands, damages, costs, expenses, attorney fees incurred, compensations, and consequential damages, known or unknown, under state or federal law, arising from any alleged conduct or omission(s), or from any other thing whatsoever, arising prior to the execution of this agreement by both parties.

16. Any amendment, modification, or waiver of any term or condition of this Stipulation must be made in writing and signed by all parties hereto.

17. This Stipulation may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation.

18. Upon approval of this Stipulation, the parties agree to the dismissal of Navient Solutions, LLC and named defendant Navient Solutions, Inc. as defendants in this adversary proceeding, subject to the terms of this Stipulation.

WHEREFORE, the parties pray this Honorable Court for an Order approving this Stipulation and dismissing Navient Solutions, LLC and named defendant Navient Solutions, Inc. as defendants in the instant adversary proceeding.

Respectfully submitted,

Dated: 2/20/24          By:   */s/ Joshua Cohen*
                              Joshua Cohen
                              Cohen Consumer Law, PLLC
                              PO Box 1040
                              St. Albans, VT 05478
                              Tel: 802-380-8887
                              Fax: 860-233-0339
                              Email: jcohen@thestudentloanlawyer.com
                              Attorneys for Plaintiff


Dated: 2/21/24          By:   */s/ Steven J. Cohen*
                              Steven J. Cohen P45140
                              Lipson Neilson P.C.
                              3910 Telegraph Road, Suite 200
                              Bloomfield Hills, MI 48302
                              Telephone: (248) 593-5000
                              Fax: (248) 593-5040
                              Email: SCohen@lipsonneilson.com
                              Attorneys for Navient Solutions, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Detroit Division

| | |
|---|---|
| In re: | Bankr. Case No.: 20-48246-tjt |
| CHRISTOPHER D. SURBER and, <br> CHRISTINA J. SURBER | Chapter 7 |
| Debtors. _____/ | Honorable Thomas J. Tucker |
| CHRISTOPHER D. SURBER, | Adv. Proc. No.: 24-04027-tjt |
| Plaintiff, <br> v. | |
| NAVIENT SOLUTIONS, INC., <br> NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, and <br> NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, | |
| Defendants. _____/ | |

**ORDER APPROVING STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC AND FOR DISMISSAL OF NAVIENT AS A DEFENDANT**

This matter is before the court on the Stipulation in Settlement of Adversary Proceeding between Plaintiff, Christopher D. Surber, and Navient Solutions, LLC, on behalf of itself and named defendant Navient Solutions, Inc., and pursuant to the agreement of the parties hereto, it is hereby ORDERED, ADJUDGED, and DECREED, as follows:

1. The Stipulation is hereby approved.

2. Navient Solutions, LLC and named defendant Navient Solutions, Inc. are hereby dismissed as defendants in this matter, and the Clerk of the Court shall update the above-captioned adversary proceeding accordingly, subject to the terms of the Stipulation and this Order.

**Exhibit A**