## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN RE:<br><br>**CHRISTOPHER D. SURBER**<br>and **CHRISTINA J. SURBER,**<br><br>    **Debtors.** | **Bankruptcy No. 20-48246-TJT**<br><br>**Chapter 7** |
| **CHRISTOPHER D. SURBER,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**NAVIENT SOLUTIONS, INC.,**<br>**NATIONAL COLLEGIATE**<br>**STUDENT LOAN TRUST 2006-3,**<br>**and NATIONAL COLLEGIATE**<br>**STUDENT LOAN TRUST 2007-1,**<br><br>    **Defendants.** | **Adversary Proceeding No.**<br>**24-04027-tjt** |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, Christopher D. Surber, and Defendants, National Collegiate Student Loan Trust 2006-3, and National Collegiate Student Loan Trust 2007-1, hereby submit this Joint Notice of Pending Settlement and state that the parties have reached a settlement with regards to this case and are presently finalizing the settlement and are preparing dismissal documents for execution. Upon completion of the settlement, the parties will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Joshua RI Cohen                                      */s/ Jennifer T. Dillow*

Joshua RI Cohen                                           Jennifer T. Dillow (P69855)

(By express permission)                            SESSIONS, ISRAEL & SHARTLE, LLC

COHEN CONSUMER LAW, PLLC              22845 Sylvan Avenue

P.O. Box 1040                                                 Brownstown Twp, Michigan 48134

St. Albans, Vermont 05478                         Telephone: (313) 351-2165

Telephone: (802) 380-8887                       Facsimile: (877) 334-0661

Facsimile: (860) 233-0339                          Email: jdillow@sessions.legal

Email: jcohen@thestudentloanlawyer.com

*Attorney for Defendants,*
*Attorney for Plaintiff,*                                     *National Collegiate Student Loan*
*Christopher D. Surber*                                  *Trust 2006-3 and National Collegiate*
                                                     *Student Loan Trust 2007-1*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court, United States Bankruptcy Court for the Eastern District of Michigan, and served via CM/ECF upon the following:

Joshua RI Cohen
COHEN CONSUMER LAW, PLLC
P.O. Box 1040
St. Albans, Vermont 05478
Telephone: (802) 380-8887
Facsimile: (860) 233-0339
Email: jcohen@thestudentloanlawyer.com

                                                       */s/ Jennifer Dillow*
                                                       Jennifer T. Dillow