UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Christopher D Surber                               Case No. 20-48246

                Debtor.                               Chapter 7
_____/

Christopher Surber

                Plaintiff,

v.                                                  Adv. No. 24-04027

National Collegiate Student Loan Trust 2006-3, et al.   Judge Thomas J. Tucker

                Defendants.
_____/

## ORDER DISMISSING ADVERSARY PROCEEDING

On April 5, 2024, the Court entered an Order (Docket #22), which required the Plaintiff to "…submit an agreed order of dismissal or consent judgment…no later than seven days after entry of this order."

To date, the Plaintiff has not submitted a proposed order of dismissal or consent judgment, and that was due no later than April 12, 2024. Therefore,

**IT IS ORDERED** that this adversary proceeding is dismissed, without prejudice.

**Signed on April 16, 2024**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge